**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
In The Court of Appeals

The State, Respondent,

v.

Terrell Antonio Addison, Appellant.

Appellate Case No. 2009-118666

————

Appeal From York County
Lee S. Alford, Circuit Court Judge

————

Unpublished Opinion No. 2012-UP-655
Submitted November 1, 2012 – Filed December 12, 2012

————

**APPEAL DISMISSED**

————

Senior Appellate Defender Joseph L. Savitz, III, of
Columbia, and Terrell Antonio Addison, pro se, for
Appellant.

Attorney General Alan Wilson, Chief Deputy Attorney
General John W. McIntosh, and Senior Assistant Deputy
Attorney General Donald J. Zelenka, all of Columbia;
and Solicitor Kevin Scott Brackett, of York, for
Respondent.

————

**PER CURIAM:** Dismissed[1] after consideration of appellant's pro se brief and review pursuant to *Anders v. California*, 386 U.S. 738 (1967). Counsel's motion to be relieved is granted.

**APPEAL DISMISSED.**

**SHORT, KONDUROS, and LOCKEMY, JJ., concur.**

---

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.